JOSEPH P. RUSSONIELLO (CNB 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MICHAEL T. PYLE (CSBN 172954)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7322
Facsimile: (415) 436-6748
Email: michael.t.pyle@usdoj.gov

Attorneys for Federal Defendant
Claudia Noble-Levingston

ORIGINAL
FILED
08 JAN 14 AM 11:19
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

RODNEY LOVE, and ROSIE LEE VENSON,

Plaintiffs,

v.

ELCO ADMINISTRATIVE SERVICES/ ENTERPRISE RENT A CAR, and CLAUDIA NOBLE-LEVINGSTON,

Defendants.

CASE NO. C 08 0223 MEJ

**NOTICE OF REMOVAL**

TO: Clerk, Superior Court
County of Alameda
Rene C. Davidson Alameda County Courthouse
1225 Fallon Street
Oakland, California 94612

Rodney Love
2193 48th Avenue
Oakland, CA 94601

Rosie Lee Venson
2193 48th Avenue
Oakland, CA 94601

//

//

PLEASE TAKE NOTICE that on this day Case No. RS07353467 pending in the Alameda County Superior Court is being removed to the United States District Court for the Northern District of California pursuant to 28 U.S.C. §§ 1441(a), 1441(b), and 2679(d)(2) on behalf of federal defendant Claudia Noble-Levingston. Upon direction by the Attorney General of the United States, the undersigned attorneys hereby present the following facts to the Judges of the United States District Court for the Northern District of California.

1. On October 26, 2007, plaintiffs Rodney Love, and Rosie Lee Venson filed a small claims action against Elco Administrative Services/Enterprise Rent A Car, and Claudia Noble-Levingston in the Alameda County Superior Court as a result of an automobile accident which occurred on or about August 15, 2007 in Oakland, California. Plaintiffs seek $4,000.00.

2. On October 30, 2007, Claudia Noble Levingston was served with a copy of Plaintiff's Claim and Order to Go to Small Claims Court which is attached as Exhibit A pursuant to 28 U.S.C. § 1446(a). This constitutes the only process, pleading, or order which have been received. Trial is set in Small Claims Court on January 18, 2008, which should be vacated upon the filing of this notice.

3. This action is one which may be removed to the district court for the reason that: (a) the plaintiffs seek judgment for damages resulting from the allegedly negligent operation of a motor vehicle by a federal defendant; and (b) at the time of the alleged accident, the federal defendant was acting within the scope of her office or employment with the Social Security Administration within the meaning of 28 U.S.C. § 2679(d)(2).

4. Upon certification by the Attorney General, the action shall be removed to the District Court at any time prior to trial. The United States Attorney is delegated under 28 C.F.R. § 15.3 to make the certification provided for in 28 U.S.C. § 2679(d)(2).

5. The Chief of the Civil Division has been authorized to exercise on behalf of the United States Attorney the authority vested in him by the Attorney General, pursuant to 28 C.F.R. § 15.3. The Chief of the Civil Division has certified that Claudia Noble-Levingston was acting within the course and scope of her employment. See Certification Pursuant to 28 U.S.C. § 2679(d). This certification is conclusive for purposes of removal. 28 U.S.C. § 2679(d)(2).

6. Upon removal the United States is automatically substituted for Claudia Noble-Levingston, and this action will proceed as an action against the United States of America pursuant to 28 U.S.C. § 1346(b) subject to the limitations and exceptions applicable to those actions. 28 U.S.C. § 2679(d)(4).

7. A copy of this Notice is being filed with the Clerk of the Alameda County Superior Court. That filing will automatically effect the removal of the action in its entirety to this Court for all future proceedings.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: January 14, 2008 By: Michael T. Pyle

MICHAEL T. PYLE
Assistant United States Attorney

JAN-04-2008 14:42 P.03/16

# SC-100 Plaintiff's Claim and ORDER to Go to Small Claims Court

Clerk stamps date here when form is filed.

Fill in court name and street address:

Superior Court of California, County of Alameda
Rene C. Davidson Alameda County Courthouse
1225 Fallon Street
Oakland, CA 94612

Clerk fills in case number and case name:

**Case Number:** RS07353467

**Case Name:** Love VS Elco Administrative Services/Enterprise Rent A Car

## Notice to the person being sued:

- You are the Defendant if your name is listed in ② on page 2 of this form. The person suing you is the Plaintiff, listed in ① on page 2.
- You and the Plaintiff must go to court on the trial date listed below. If you do not go to court, you may lose the case.
- If you lose, the court can order that your wages, money, or property be taken to pay this claim.
- Bring witnesses, receipts, and any evidence you need to prove your case.
- Read this form and all pages attached to understand the claim against you and to protect your rights.

## Aviso al Demandado:

- Usted es el Demandado si su nombre figura en ② de la página 2 de este formulario. La persona que lo demanda es el Demandante, la que figura en ① de la página 2
- Usted y el Demandante tienen que presentarse en la corte en la fecha del juicio indicada a continuación. Si no se presenta, puede perder el caso.
- Si pierde el caso la corte podría ordenar que le quiten de su sueldo, dinero u otros bienes para pagar este reclamo.
- Lleve testigos, recibos y cualquier otra prueba que necesite para probar su caso.
- Lea este formulario y todas las páginas adjuntas para entender la demanda en su contra y para proteger sus derechos.

## Order to Go to Court

**The people in ① and ② must go to court on:** *(Clerk fills out section below)*

| Trial Date | Date | Time | Department | Name and address of court if different from above |
|---|---|---|---|---|
| 1. | 01/18/2008 | 02:00 PM | 102 | 661 Washington Street, Oakland |
| 2. | | | | |
| 3. | | | | |

Date: 10/26/2007 Clerk by, [signature], Deputy

## Instructions for the person suing:

- You are the Plaintiff. The person you are suing is the Defendant.
- *Before* you fill out this form, read Form SC-150, *Information for the Plaintiff (Small Claims)*, to know your rights. Get SC-150 at any courthouse or county law library, or go to: *www.courtinfo.ca.gov/forms*
- Fill out pages 2 and 3 of this form. Then make copies of all pages of this form. (Make 1 copy for each party named in this case and an extra copy for yourself.) Take or mail the original and these copies to the court clerk's office and pay the filing fee. The clerk will write the date of your trial in the box above.
- You must have someone at least 18—not you or anyone else listed in this case—give each Defendant a court-stamped copy of all pages of this form and any pages this form tells you to attach. There are special rules for "serving", or delivering, this form to public entities, associations, and some businesses. See Forms SC-104, SC-104B, and SC-104C.
- **Go to court on your trial date listed above.** Bring witnesses, receipts, and any evidence you need to prove your case.

Judicial Council of California, www.courtinfo.ca.gov
Rev. January 1, 2007, Mandatory Form
Code of Civil Procedure, §§ 116.110 et seq., 116.220(c), 116.340(g)

Plaintiff's Claim and ORDER to Go to Small Claims Court (Small Claims)

SC-100, Page 1 of 6 →

EXHIBIT
A

1 510 268 0041 99%

Plaintiff *(list names)*: Rodney Love; Rosie Lee Venson

Case Number: RS07353467

① **The Plaintiff (the person, business, or public entity that is suing) is:**

Name: Rodney Love Phone: (510) 395-7082

Street address: 2193 48th Ave. (Street) Oakland (City) CA (State) 94601 (Zip)

Mailing address *(if different)*: ______ Street City State Zip

**If more than one Plaintiff, list next Plaintiff here:**

Name: Rosie Lee Venson Phone: (510) 355-5534

Street address: 2193 48th Ave. (Street) Oakland (City) CA (State) 94601 (Zip)

Mailing address *(if different)*: ______ Street City State Zip

☐ *Check here if more than 2 Plaintiffs and attach Form SC-100A.*

☐ *Check here if either Plaintiff listed above is doing business under a fictitious name. If so, attach Form SC-103.*

② **The Defendant (the person, business, or public entity that is being sued) is:**

Name: Elco Administrative Services/Enterprise Rent A Car Phone: (510) 347-500

Street address: P.O. Box 2478 (Street) San Leandro (City) CA (State) 94577 (Zip)

Mailing address *(if different)*: ______ Street City State Zip

**If more than one Defendant, list next Defendant here:**

Name: Claudia Noble-Levingston Phone: ______

Street address: 562 Fortuna Ave. (Street) San Leandro (City) CA (State) 94577 (Zip)

Mailing address *(if different)*: ______ Street City State Zip

☐ *Check here if more than 2 Defendants and attach Form SC-100A.*

☐ *Check here if any Defendant is on active military duty, and write his or her name here:* ______

③ **The Plaintiff claims the Defendant owes $ 4,000.00.** *(Explain below):*

a. Why does the Defendant owe the Plaintiff money? **Ran stop sign, hit my car also medical bills pain and suffering.**

b. When did this happen? *(Date)*: 8/15/07

If no specific date, give the time period: *Date started:* ______ *Through:* ______

c. How did you calculate the money owed to you? *(Do not include court costs or fees for service.)* **Medical bills plus cost of fixing my car.**

☐ *Check here if you need more space. Attach one sheet of paper or Form MC-031 and write "SC-100, Item 3" at the top.*

Plaintiff *(list names)*: Rodney Love; Rosie Lee Venson

Case Number: RS07353467

④ **You must ask the Defendant (in person, in writing, or by phone) to pay you before you sue.**
**Have you done this?** [X] Yes [ ] No
*If no explain why not:*

⑤ **Why are you filing your claim at this courthouse?**
**This courthouse covers the area** *(check the one that applies):*

a. [X] (1) Where the Defendant lives or does business.
(2) Where the Plaintiff's property was damaged.
(3) Where the Plaintiff was injured.
(4) Where a contract (written or spoken) was made, signed, performed, or broken by the Defendant *or* where the Defendant lived or did business when the Defendant made the contract.

b. [ ] Where the buyer or lessee signed the contract, lives now, or lived when the contract was made, if this claim is about an offer or contract for personal, family, or household goods, services, or loans. *(Code Civ. Proc., § 395(b))*

c. [ ] Where the buyer signed the contract, lives now, or lived when the contract was made, if this claim is about a retail installment contract (like a credit card). *(Civil Code, § 1812.10)*

d. [ ] Where the buyer signed the contract, lives now, or lived, when the contract was made, or where the vehicle is permanently garaged, if this claim is about a vehicle finance sale. *(Civil Code, § 2984.4)*

e. [ ] Other *(specify)*:

⑥ **List the zip code of the place checked in ⑤ above** *(if you know)*: **94601**

⑦ **Is your claim about an attorney-client fee dispute?** [ ] Yes [X] No
*If yes, and if you have had arbitration, fill out Form SC-101, attach it to this form and check here:* [ ]

⑧ **Are you suing a public entity?** [ ] Yes [X] No
*If yes, you must file a written claim with the entity first.* [ ] *A claim was filed on (date):*
*If the public entity denies your claim or does not answer within the time allowed by law, you can file this form.*

⑨ **Have you filed more than 12 other small claims within the last 12 months in California?**
[ ] Yes [X] No *If yes, the filing fee for this case will be higher.*

⑩ **I understand that by filing a claim in small claims court, I have no right to appeal this claim.**

⑪ I have not filed, and understand that I cannot file, more than two small claims cases for more than $2,500 in California during this calendar year.

I declare, under penalty of perjury under California State law, that the information above and on any attachments to this form is true and correct.

Date: 10/26/2007 Rodney Love ▶ Signature on File
*Plaintiff types or prints name here* *Plaintiff signs here*

Date: 10/26/2007 Rosie Lee Venson ▶ Signature on File
*Second Plaintiff types or prints name here* *Second Plaintiff signs here*

**Requests for Accommodations**
Assistive listening systems, computer-assisted, real-time captioning, or sign language interpreter services are available if you ask at least 5 days before the trial. Contact the clerk's office for Form MC-410 *Request for Accommodations by Persons With Disabilities and Order. (Civil Code, § 54.8)*