| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CNB 44332)<br>United States Attorney |
| 2 | JOANN M. SWANSON (CSBN 88143)<br>Chief, Civil Division |
| 3 | MICHAEL T. PYLE (CSBN 172954)<br>Assistant United States Attorney |

450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102-3495
Telephone: (415) 436-7322
Facsimile: (415) 436-6748
Email: michael.t.pyle@usdoj.gov

Attorneys for Federal Defendant
Claudia Noble-Levingston

ORIGINAL FILED
08 JAN 14 PM 1:59
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

RODNEY LOVE, and ROSIE LEE VENSON,

        Plaintiffs,

v.

ELCO ADMINISTRATIVE SERVICES/
ENTERPRISE RENT A CAR, and
CLAUDIA NOBLE-LEVINGSTON,

        Defendants.

Case No. C 08-0223 MEJ

**PROOF OF SERVICE**

    The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that on January 14, 2008 she caused a copy of:

1)    Notice of Removal filed January 14, 2008;

2)    Order Setting Initial Case Management Conference and ADR Deadlines filed January 14, 2008; Case Management Standing Order for Magistrate Judge Maria-Elena James; Standing Order re Discovery and Dispute Procedures for Cases Assigned or Referred to Mag. Judge Maria-Elena James; Notice of Trial Assignment to United

PROOF OF SERVICE
Love, et al. v. ELCO, et al.          -1-

1 | States Magistrate Judge and Order to File Consent/Request for Reassignment Form;
2 | Standing Order For All Judges of the Northern District of California;
3 | 3) Notice of Assignment Of Case To A United States Magistrate Judge For Trial;
4 | Consent To Proceed Before A United States Magistrate Judge; Declination to Proceed
5 | Before A Magistrate Judge And Request For Reassignment To A United States District
6 | Judge;
7 | 4) ECF Registration Information Handout;
8 | 5) Welcome To The U.S. District Court, San Francisco;
9 | 6) Drop Box Filing Procedures; and
10 | 6) Proof of Service
11 | to be served upon the persons at the place and addresses stated below, which are the last known
12 | addresses:
13 | Rodney Love
     | 2193 48th Avenue
14 | Oakland, CA 94601
15 | Rosie Lee Venson
     | 2193 48th Avenue
16 | Oakland, CA 94601
17 | I declare under penalty of perjury under the laws of the United States of America that the
18 | foregoing is true and correct.
19 | Executed this 14th day of January 2008 at San Francisco, California.

*/s/ Diann Lackey*
Diann Lackey
Paralegal Specialist

PROOF OF SERVICE
Love, et al. v. ELCO, et al.                    -2-