JOSEPH P. RUSSONIELLO (CA SBN 44332)
United States Attorney
JOANN M. SWANSON (CA SBN 88143)
Chief, Civil Division
MICHAEL T. PYLE (CA SBN 172954)
Assistant United States Attorney

450 Golden Gate Avenue
9th Floor, Box 36055
San Francisco, California 94102-3495
Telephone: 415-436-7322
Facsimile: 415-436-6748
michael.t.pyle@usdoj.gov

Attorneys for Defendant United States of America

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| RODNEY LOVE ET AL, | **Case No. C 08-00223 MEJ** |
| Plaintiffs, | |
| v. | **DEFENDANT UNITED STATES OF AMERICA'S CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE** |
| ELCO ADMINISTRATIVE SERVICES ET AL, | |
| Defendants. | |

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 18 U.S.C. §636(c), the United States of America hereby consents to have a United States Magistrate Judge conduct any and all further proceedings in this case, including trial, and order the entry of final judgment. Appeal from the judgement shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: January 18, 2008          Respectfully submitted,

                                 JOSEPH P. RUSSONIELLO
                                 United States Attorney

                           By:      /s/
                                 Michael T. Pyle
                                 Assistant U.S. Attorney

No. C 08-00223 MEJ - CONSENT TO MAGISTRATE JUDGE