JOSEPH P. RUSSONIELLO (CA SBN 44332)
United States Attorney
JOANN M. SWANSON (CA SBN 88143)
Chief, Civil Division
MICHAEL T. PYLE (CA SBN 172954)
Assistant United States Attorney

450 Golden Gate Avenue
9th Floor, Box 36055
San Francisco, California 94102-3495
Telephone: 415-436-7322
Facsimile: 415-436-6748
michael.t.pyle@usdoj.gov

Attorneys for Defendant United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RODNEY LOVE ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> ELCO ADMINISTRATIVE SERVICES ET AL., <br><br> Defendants. | Case No. C 08-00223 MEJ <br><br> **DECLARATION OF JOHN A. CARLO IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS COMPLAINT** <br><br> Date: February 28, 2008 <br> Time: 10:00 a.m. <br> Courtroom B, 15th Floor <br> Hon. Maria-Elena James |

I, John A. Carlo, Director, Division of Contracts and Claims, Office of the General Counsel, Office of General Law, Social Security Administration ("SSA"), declare and state as follows:

1. In my capacity as the Director of the Division of Contracts and Claims in the Office of the General Counsel, Office of General Law, I supervise the activities of various employees, including attorneys and paralegals, who are responsible for the intake, investigation, processing and adjudication of tort claims filed against SSA pursuant to the Federal Tort Claims Act (28 U.S.C. §§ 1346(b), 2401(b), 2671-2680; 28 C.F.R. Parts 14 and 15; 20 C.F.R. § 429). I also cause records concerning these claims to be maintained.

2. I have searched these records to determine whether any administrative tort claim has been filed against SSA by Rodney Love or Rosie Lee Venson.

3. To the best of my knowledge, information, and belief, no administrative tort claim has been

1    filed against SSA by Rodney Love or Rosie Lee Venson.

I hereby declare under penalty of perjury (28 U.S.C. § 1746) that the foregoing statement is true and correct to the best of my knowledge and belief. Executed this 17TH day of January, 2008, in Baltimore, Maryland.

_____
John A. Carlo