| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CA SBN 44332)<br>United States Attorney |
| 2 | JOANN M. SWANSON (CA SBN 88143)<br>Chief, Civil Division |
| 3 | MICHAEL T. PYLE (CA SBN 172954)<br>Assistant United States Attorney |
| 4 | |
| 5 | 450 Golden Gate Avenue<br>9th Floor, Box 36055<br>San Francisco, California 94102-3495 |
| 6 | Telephone: 415-436-7322<br>Facsimile: 415-436-6748 |
| 7 | michael.t.pyle@usdoj.gov |
| 8 | Attorneys for Defendant United States of America |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| RODNEY LOVE ET AL, | Case No. C 08-00223 MEJ |
| Plaintiffs, | |
| v. | **[PROPOSED] ORDER GRANTING DEFENDANT UNITED STATES OF AMERICA'S MOTION TO DISMISS COMPLAINT** |
| ELCO ADMINISTRATIVE SERVICES ET AL, | |
| Defendants. | |

Defendant United States of America's motion to dismiss the complaint herein having regularly come on for hearing before the Court, and having read and considered the papers submitted in support thereof and in opposition thereto, and the parties having been afforded the opportunity to be heard, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that defendant Claudia Noble-Levingston is dismissed from this action with prejudice, and the United States is hereby substituted as the sole federal defendant. *See* 28 U.S.C. § 2679(d).

**IT IS FURTHER ORDERED** that defendant United States of America's motion to dismiss the complaint herein is granted because plaintiffs' failed to satisfy the jurisdictional prerequisite to suit (*see*

28 U.S.C. § 2675) by having filed to file an administrative claim, a fact established by the unrebutted declaration of John A Carlo.

**IT IS SO ORDERED**.

DATED: _____

                                          Hon. Maria-Elena James
                                      United States Magistrate Judge