1  JOSEPH P. RUSSONIELLO(CA SBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CA SBN 88143)
   Chief, Civil Division
3  MICHAEL T. PYLE (CA SBN 172954)
   Assistant United States Attorney
4
5     450 Golden Gate Avenue
      9th Floor, Box 36055
      San Francisco, California 94102-3495
6     Telephone: 415-436-7322
      Facsimile: 415-436-6748
7     michael.t.pyle@usdoj.gov

8  Attorneys for Defendant United States of America

9                    **UNITED STATES DISTRICT COURT**

10                   **NORTHERN DISTRICT OF CALIFORNIA**

11                        **SAN FRANCISCO DIVISION**

12 | RODNEY LOVE ET AL,              )    **Case No. C 08-00223 MEJ**
                                     )
13 |         Plaintiffs,             )
                                     )    **PROOF OF SERVICE**
14 |    v.                           )
                                     )
15 | ELCO ADMINISTRATIVE SERVICES ET )
   | AL,                             )
16 |                                 )
   |         Defendants.             )
17 | _____

18     The undersigned hereby certifies that she is an employee of the Office of the United States Attorney

19 for the Northern District of California and is a person of such age and discretion to be competent to

20 serve papers. The undersigned further certifies that on **January 18, 2008** she caused a copy of:

21 **Defendant United States of America's Consent to Proceed Before United States Magistrate Judge**;

22 **Defendant's Motion to Dismiss Complaint**; **Declaration of John A. Carlo in Support of**

23 **Defendant's Motion to Dismiss Complaint**; **[Proposed] Order Granting Defendant United States**

24 **of America's Motion to Dismiss Complaint** to be served by mail upon the person(s) at the place and

25 address(es) stated below, which is the last known address:

26 Rodney Love
   2193 48th Avenue
27 Oakland, CA 94601
   PRO SE
28
   Rosie Lee Venson

   No. C 08-00223 MEJ -

1  2193 48th Avenue
   Oakland, CA 94601
2  PRO SE

3

4     I declare under penalty of perjury under the laws of the United States that the foregoing is true and

5  correct.

6

7                                           Respectfully submitted,
                                            JOSEPH P. RUSSONIELLO
8                                           United States Attorney

9                                                  /s/
   Dated: January 18, 2008        By:    _____
10                                          STEFANIA M. CHIN
                                            Legal Assistant
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

No. C 08-00223 MEJ -