JOSEPH P. RUSSONIELLO (CA SBN 44332)
United States Attorney
JOANN M. SWANSON (CA SBN 88143)
Chief, Civil Division
MICHAEL T. PYLE (CA SBN 172954)
Assistant United States Attorney

450 Golden Gate Avenue
9th Floor, Box 36055
San Francisco, California 94102-3495
Telephone: 415-436-7322
Facsimile: 415-436-6748
E-mail: michael.t.pyle@usdoj.gov

Attorneys for Defendant United States of America

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| RODNEY LOVE ET AL, <br><br> Plaintiffs, <br><br> v. <br><br> ELCO ADMINISTRATIVE SERVICES ET AL, <br><br> Defendants. | **Case No. C 08-00223 MEJ** <br><br> **DEFENDANT'S REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS COMPLAINT** <br><br> Date: February 28, 2008 <br> Time: 10:00 a.m. <br> Courtroom B, 15th Floor <br> Hon. Maria-Elena James |

It does not appear that Plaintiffs have filed any opposition to Defendant's pending motion to dismiss. Defendant's counsel has received no opposition and nothing on the Court's PACER website indicates that any opposition papers were filed. Defendant submits that its motion to dismiss should be granted. First, the United States of America should be substituted for Claudia Noble-Levingston, an employee of the Social Security Administration, pursuant to 28 U.S.C. § 2679(d). The Certification Pursuant to 28 U.S.C. § 2679(d) that was filed on January 14, 2008 has not been rebutted by Plaintiffs. Second, the action should be dismissed pursuant to 28 U.S.C. § 2675 because Plaintiffs have not exhausted their administrative remedies as required by the Federal Tort Claims Act. The declaration from John A. Carlo that was filed with Defendant's motion to dismiss demonstrates that Plaintiffs have not filed an administrative claim.

1  Defendant respectfully submits that its motion would be appropriate for resolution by the Court
2  without a hearing.

3  Dated: February 13, 2008                Respectfully submitted,

5                                          JOSEPH P. RUSSONIELLO
                                           United States Attorney

8  By:_____/s/_____
   MICHAEL T. PYLE
   Assistant United States Attorney
9  Attorneys for Defendant United States of America