```
1  JOSEPH P. RUSSONIELLO(CA SBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CA SBN 88143)
   Chief, Civil Division
3  MICHAEL T. PYLE (CA SBN 172954)
   Assistant United States Attorney
4
       450 Golden Gate Avenue
5      9th Floor, Box 36055
       San Francisco, California 94102-3495
6      Telephone: 415-436-7322
       Facsimile: 415-436-6748
7      michael.t.pyle@usdoj.gov

8  Attorneys for Defendant United States of America
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| RODNEY LOVE ET AL, | **Case No. C 08-00223 MEJ** |
| Plaintiffs, | |
| v. | **PROOF OF SERVICE** |
| ELCO ADMINISTRATIVE SERVICES ET AL, | |
| Defendants. | |

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that on **February 13, 2008** she caused a copy of:

**Defendant's Reply Brief in Support of Motion to Dismiss Complaint** to be served by mail upon the person(s) at the place and address(es) stated below, which is the last known address:

Rodney Love
2193 48th Avenue
Oakland, CA 94601
PRO SE

Rosie Lee Venson
2193 48th Avenue
Oakland, CA 94601
PRO SE

//

No. C 08-00223 MEJ -

1   I declare under penalty of perjury under the laws of the United States that the foregoing is true and
2   correct.

                                                Respectfully submitted,
                                                JOSEPH P. RUSSONIELLO
                                                United States Attorney

                                                       /s/
Dated: February 13, 2008           By:          _____
                                                STEFANIA M. CHIN
                                                Legal Assistant

No. C 08-00223 MEJ -