IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY LOVE, et al., | Case No. C-08-0223 MEJ |
| Plaintiffs, | ORDER CONTINUING HEARING ON DEFENDANT'S MOTION TO DISMISS |
| vs. | |
| ELCO ADMINISTRATIVE SERVICES, et al., | |
| Defendants. | |

The Court hereby continues the hearing on Defendant's Motion to dismiss to March 13, 2008, at 10:00 a.m., in Courtroom B., 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: February 25, 2008

MARIA-ELENA JAMES
United States Magistrate Judge