IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY LOVE, et al., | No. C 08-0223 MEJ |
| Plaintiffs, | ORDER DIRECTING PLAINTIFF RODNEY LOVE TO FILE CONSENT/DECLINATION FORM |
| vs. | |
| ELCO ADMINISTRATIVE SERVICES, et al., | |
| Defendants. | |

Pending before the Court is Defendant's Motion to Dismiss, filed on January 18, 2008. Upon review of the record in this action, the Court notes that Plaintiff Rodney Love has not filed a written consent to Magistrate Judge James' jurisdiction or request for reassignment to a United States District Court judge for trial. This civil case was randomly assigned to United States Magistrate Judge Maria-Elena James for all purposes including trial. In accordance with Title 28, U.S.C. § 636(c), the Magistrate Judges of this District Court are designated to conduct any and all proceedings in a civil case, including a jury or non-jury trial, and to order the entry of final judgment, upon the consent of the parties. An appeal from a judgment entered by Magistrate Judge James may be taken directly to the United States Court of Appeals for the Ninth Circuit in the same manner as an appeal from any other judgment of a district court.

You have the right to have your case assigned to a United States District Judge for trial and

1 disposition. Accordingly, Plaintiff shall inform the court, by way of the enclosed form, whether he
2 consents to Magistrate Judge James' jurisdiction or requests reassignment to a United States District
3 Judge for trial. Plaintiff shall inform the Court as soon as possible, but no later than March 6, 2008
4     IT IS SO ORDERED.

6 Dated: March 25, 2008

    MARIA-ELENA JAMES
7     United States Magistrate Judge

UNITED STATES DISTRICT COURT
for the Northern District of California

\* \* CERTIFICATE OF SERVICE \* \*

I. the Undersigned, Hereby, Certify That I Am an Employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 1, 2004, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Richard W. Wieking, Clerk

By: <u>Brenda Tolbert</u>
Deputy, Clerk

**Jeremy Curd**
165 Golden Eagle
Brisbane, CA 94005

3