UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RODNEY LOVE, et al.,

                Plaintiff(s),

v.

CLAUDIA NOBLE-LEVINGSTON
(United States of America is proper Defendant(s).
_____/

Case No. 08-223 MEJ

ADR CERTIFICATION BY PARTIES AND COUNSEL

      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

      **(1)** Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

      **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

      **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 04/02/08

Dated: 04/02/08

/s/United States of America
[Party]

/s/Michael T. Pyle
[Counsel]

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

**Defendant's ADR Certification by Parties and Counsel**

to be served this date upon the party in this action by placing a true copy thereof in a sealed envelope, and served as follows:

 X    FIRST CLASS MAIL by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

 ___   CERTIFIED MAIL (# ) by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

 ___   PERSONAL SERVICE (BY MESSENGER)

 ___   FEDERAL EXPRESS via Priority Overnight

 X    EMAIL to ADR Unit Only

 ___   FACSIMILE (FAX)

to the party(ies) addressed as follows:

| Rodney Love, Pro Se<br>Rosie Lee Venson, Pro Se<br>2193 48th Avenue<br>Oakland, CA 94601<br>PH: 510-395-7082 | ADR Unit<br>Email: adr@cand.uscourts.gov |
|---|---|

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this April 3, 2008 at San Francisco, California.

\_\_\_\_\_/s/_____
LILY HO-VUONG
Legal Assistant