ROBERT B. HUNTER, II (SBN 124844)
SNYDER, CORNELIUS & HUNTER
A Professional Corporation
399 Taylor Blvd., Suite 206
Pleasant Hill, CA  94523

Telephone:  (925) 691-0400
Facsimile:   (925) 691-9785

Attorneys for Defendant, Elco Administrative Services and
Enterprise Rent-A-Car Company of San Francisco
[erroneously sued herein as Enterprise Rent-A-Car Company]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY LOVE, et al.<br><br>   Plaintiffs,<br><br>vs.<br><br>ELCO ADMINISTRATIVE SERVICES, et al.<br><br>   Defendants. | Case No.: C 08-00223 MEJ<br><br>**ELCO ADMINISTRATIVE SERVICES AND ENTERPRISE RENT-A-CAR COMPANY OF SAN FRANCISCO'S ANSWER TO PLAINTIFFS' COMPLAINT** |

COMES NOW, defendants ELCO ADMINISTRATIVE SERVICES AND ENTERPRISE RENT-A-CAR COMPANY OF SAN FRANCISCO (erroneously sued herein as Enterprise Rent-A-Car Company) and answer Plaintiffs' Complaint:

1. Defendants admit based on information and belief, the allegations contained in paragraph 1.

2. As to the allegations in paragraph 2, Defendants admit they are being sued. Defendants specifically deny that the address listed is the address for either of them.  Except as expressly admitted, defendants lack sufficient information and belief to enable them to respond to the allegations contained paragraph 2.

3. Defendants admit based on information and belief, the allegations contained in Paragraphs 4, 5, 6, and 7.

4. As to the allegations in Paragraph 8, Defendants admit they are not public entities; defendants are informed and believe Claudia Nobel-Levingston was an employee of a public entity (Social Security Administration) at all times alleged in the Complaint. Except as expressly admitted, defendants lack sufficient information and belief to enable them to respond to the allegations contained paragraph 8.

5. Defendants lack sufficient information and belief to enable them to respond to the allegations contained paragraphs 3, 9, 10, and 11 of the complaint, and on that basis deny each and every, all and singular, the allegations contained in each said paragraph, inclusive.

**AFFIRMATIVE DEFENSES**

AS AND FOR A FIRST, SEPARATE AND AFFIRMATIVE DEFENSE, these answering defendants are informed and believe and thereon allege that said Complaint fails to state facts sufficient to constitute a cause of action against these answering defendants.

AS AND FOR A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE, these answering defendants are informed and believe and thereon allege that at all times and places mentioned in the Complaint herein, the plaintiffs failed to mitigate the amount of their damages, if any. The damages claimed by plaintiffs could have been mitigated by due diligence on their part or by one acting under similar circumstances. The plaintiffs' failure to mitigate is a bar to their recovery under the Complaint.

AS AND FOR A THIRD, SEPARATE AND AFFIRMATIVE DEFENSE, these answering defendants are informed and believe and thereon allege that plaintiffs' own negligence in and about the matters alleged in their Complaint herein was the sole proximate cause of the happening of the accident, and of the injuries, loss and damages complained of, if any there were, and said negligence on the part of plaintiffs bars recovery to plaintiffs or, in the alternative, that said plaintiffs' negligence in and about the matters alleged in the Complaint herein proximately contributed to the happening of the accident and to the injuries, loss and damages complained of, if any there were, and said negligence on the part of plaintiffs requires that any damages awarded plaintiffs shall be diminished as required by the law of the State of California in proportion to the amount of fault attached to said plaintiffs.

AS AND FOR A FOURTH, SEPARATE AND AFFIRMATIVE DEFENSE, these answering defendants are informed and believe and thereon allege that the sole proximate cause of the injuries and damages, if any, allegedly suffered by plaintiffs was the negligence and fault of others than these answering defendants or on the part of any person or entity for whose acts or omissions these answering defendants is legally or otherwise responsible.

AS AND FOR A FIFTH, SEPARATE AND AFFIRMATIVE DEFENSE, these answering defendants are informed and believe and thereon allege that plaintiffs have failed to state a cause of action

in that each of the causes of action as alleged herein is barred by provisions of Sections 312 through 362 of the California Code of Civil Procedure.

AS AND FOR A SIXTH, SEPARATE AND AFFIRMATIVE DEFENSE, these answering defendants are informed and believe and thereon allege that plaintiffs had full knowledge of all the risks, dangers, and hazards, if any there were, and nevertheless voluntarily and with full appreciation of the amount of danger involved in their actions and the magnitude of the risk involved, assumed the risk of injuries and damages to themselves.

AS AND FOR A SEVENTH, SEPARATE AND AFFIRMATIVE DEFENSE, these answering defendants are informed and believe and thereon allege that the plaintiffs by virtue of their own conduct and omissions has enhanced and materially contributed to the damages, if any there may be, allegedly sustained by plaintiffs as a result of the acts or omissions complained of herein.

AS AND FOR A EIGHTH, SEPARATE AND AFFIRMATIVE DEFENSE, these answering defendants are informed and believe and thereon allege that the plaintiffs at the time of the incident were uninsured and defendants, if liable to plaintiffs at all, are only responsible for damages in the amount determined pursuant to and in accordance with Proposition 213 enacted by the voters of the State of California on November 5, 1996.

WHEREFORE, defendants pray the following relief:

1. That plaintiffs take nothing by way of their Complaint herein;
2. For costs of suit;
3. For attorneys' fees;
4. For such further relief as this Court may deem just and proper.

DATE: April 4, 2008                                             SNYDER, CORNELIUS & HUNTER

/s/ Robert B. Hunter, II
ROBERT B. HUNTER, II,
Attorney for Defendants
ELCO ADMINISTRATIVE SERVICES
ENTERPRISE RENT-A-CAR COMPANY OF SAN FRANCISCO

**PROOF OF SERVICE**
*(Love et al. vs. Nobel-Levingston, et al.)*

I, Tracy Tappero declare:

I am employed in the County of Contra Costa, California in the offices of a member of the Bar of this court, at whose direction this service was made. My business address is 399 Taylor Blvd., Suite 206, Pleasant Hill, CA 94523. I am over the age of eighteen years and not a party to this action. On the date given, I served the following document(s):

**Elco Administrative Services And Enterprise Rent-A-Car Company Of San Francisco's Answer To Plaintiffs' Complaint; Demand For Jury Trial; Consent To Proceed Before Magistrate Judge**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage prepaid, in the United States mail at Pleasant Hill, California, addressed as follows:

☐ by causing said document(s) to be deposited with an express service carrier in a sealed envelope designated by the carrier as an express mail envelope, with fees and postage prepaid at the address(es) set forth below:

| | |
|---|---|
| Rodney Love<br>2193 48th Ave.<br>Oakland, CA 94601<br>(510) 395-7082<br><br>Rosie Lee Venson | PRO PER |
| Joseph P. Russoniello, Esq.<br>Joann M. Swanson, Esq.<br>Michael T. Pyle, Esq.<br>450 Golden Gate Avenue<br>9th Floor Box 26055<br>San Francisco, California 94102-3495<br>Telephone: 415.436.7322<br>Facsimile: 415.436.6748 | Attorneys for DEFENDANT<br>Claudia Noble-Levingston<br>(United States of America is proper Defendant) |

I am familiar with the firm's practice of processing mail. Under that practice, it would be deposited with the U.S. Postal Service on that day with postage thereon fully prepared in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date/postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE: April 4, 2008               /s/Tracy Tappero
                                  TRACY TAPPERO

1  ROBERT B. HUNTER, II (SBN 124844)
   SNYDER, CORNELIUS & HUNTER
2  A Professional Corporation
   399 Taylor Blvd., Suite 206
3  Pleasant Hill, CA  94523

4  Telephone:  (925) 691-0400
   Facsimile:   (925) 691-9785
5
   Attorneys for Defendants, Elco Administrative Services
6  Enterprise Rent-A-Car Company of San Francisco
   [erroneously sued herein as Enterprise Rent-A-Car Company]
7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 RODNEY LOVE, et al                ) Case No.: C 08-00223 MEJ
                                     )
12         Plaintiffs,                ) **ELCO ADMINISTRATIVE SERVICES**
                                     ) **ENTERPRISE RENT-A-CAR COMPANY OF**
13     vs.                           ) **SAN FRANCISCO DEMAND FOR JURY**
                                     ) **TRIAL**
14 ELCO ADMINISTRATIVE SERVICES,      )
   ENTERPRISE RENT-A-CAR, CLAUDIA     )
15 NOBEL-LIVINGSTON                   )
                                     )
16         Defendants.                )

17
           TO THE CLERK OF THE ABOVE-ENTITLED COURT AND ALL PARTIES HEREIN:
18
           PLEASE TAKE NOTICE THAT DEFENDANTS Elco Administrative Services and Enterprise
19
   Rent-A-Car Company of San Francisco hereby demand a jury trial in the above entitled action.
20
   DATED: April 4, 2008               SNYDER, CORNELIUS & HUNTER
21

22
                                      /s/ Robert B. Hunter, II
23
                                      ROBERT B. HUNTER, II,
24                                    Attorney for Defendants
                                      ELCO ADMINISTRATIVE SERVICES
25                                    ENTERPRISE RENT-A-CAR COMPANY OF SAN
                                      FRANCISCO
26

27

28
   DEMAND FOR JURY TRIAL
                                           - 1 -

ROBERT B. HUNTER, II (SBN 124844)
SNYDER, CORNELIUS & HUNTER
A Professional Corporation
399 Taylor Blvd., Suite 206
Pleasant Hill, CA  94523

Telephone:  (925) 691-0400
Facsimile:   (925) 691-9785

Attorneys for Defendants, Elco Administrative Services
Enterprise Rent-A-Car Company of San Francisco
[erroneously sued herein as Enterprise Rent-A-Car Company]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY LOVE, et al | Case No.: C 08-00223 MEJ |
| Plaintiffs, | **CONSENT TO PROCEED BEFORE MAGISTRATE JUDGE** |
| vs. | |
| ELCO ADMINISTRATIVE SERVICES, ENTERPRISE RENT-A-CAR, CLAUDIA NOBEL-LIVINGSTON | |
| Defendants. | |

TO PLAINTIFFS IN PRO PER AND ALL OTHER PARTIES AND THEIR ATTORNEYS OF RECORD:

Elco Administrative Services and Enterprise Rent-A-Car Company of San Francisco (erroneously sued herein as "Enterprise Rent-A-Car") hereby advise all parties and the Court that it consents to have all matters heard by United States Magistrate Judge, in particular the Hon. Maria-Elena James.

DATED: 4/4/08                              Respectfully submitted,

                                           SNYDER, CORNELIUS & HUNTER


                                            /s/ Robert B. Hunter
                                           ─────────────────────────
                                           ROBERT B. HUNTER, II
                                           Attorney For Defendants
                                           ELCO ADMINISTRATIVE SERVICES
                                           ENTERPRISE RENT-A-CAR COMPANY OF SAN FRANCISCO

- 1 -