UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

                        Plaintiff(s),                Case No.

                                        ADR CERTIFICATION BY PARTIES
                                        AND COUNSEL
     v.

                        Defendant(s).
_____/

      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

      **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov   *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

      **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

      **(3)** Considered whether this case might benefit from any of the available dispute resolution options.


Dated:_____                                                              _____
                                                                                                     [Party]


Dated: _____                                                         _____
                                                                                                       [Counsel]

# PROOF OF SERVICE
*(Love et al. vs. Nobel-Levingston, et al.)*

I, Tracy Tappero declare:

I am employed in the County of Contra Costa, California in the offices of a member of the Bar of this court, at whose direction this service was made. My business address is 399 Taylor Blvd., Suite 206, Pleasant Hill, CA 94523. I am over the age of eighteen years and not a party to this action. On the date given, I served the following document(s):

**Defendant's Elco Administrative Services ADR Certification by Parties and Counsel**

☐     by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒     by placing the document(s) listed above in a sealed envelope with postage prepaid, in the United States mail at Pleasant Hill, California, addressed as follows:

☐     by causing the document(s) listed above to be personally delivered by a courier to the person(s) at the address(es) set forth below:

☒     EMAIL to ADR Unit Only

| | |
|---|---|
| ADR UNIT<br>Email: adr@cand.uscourts.gov | |
| Rodney Love<br>2193 48th Ave.<br>Oakland, CA 94601<br>(510) 395-7082<br><br>Rosie Lee Venson | PRO PER |
| Joseph P. Russoniello, Esq.<br>Joann M. Swanson, Esq.<br>Michael T. Pyle, Esq.<br>450 Golden Gate Avenue<br>9th Floor Box 26055<br>San Francisco, California 94102-3495<br>Telephone: 415.436.7322<br>Facsimile: 415.436.6748 | Attorneys for DEFENDANT<br>Claudia Noble-Levingston<br>(United States of America is proper Defendant) |

I am familiar with the firm's practice of processing mail. Under that practice, it would be deposited with the U.S. Postal Service on that day with postage thereon fully prepared in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date/postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE: April 4, 2008        /S/ Tracy Tappero

TRACY TAPPERO