JOSEPH P. RUSSONIELLO (CA SBN 44332)
United States Attorney
JOANN M. SWANSON (CA SBN 88143)
Chief, Civil Division
MICHAEL T. PYLE (CA SBN 172954)
Assistant United States Attorney

450 Golden Gate Avenue
9th Floor, Box 36055
San Francisco, California 94102-3495
Telephone: 415-436-7322
Facsimile: 415-436-6748
michael.t.pyle@usdoj.gov

Attorneys for Defendant United States of America

ROBERT B. HUNTER, II (SBN 124844)
SNYDER, CORNELIUS & HUNTER
A Professional Corporation
399 Taylor Blvd., Suite 206
Pleasant Hill, CA 94523

Telephone: (925) 691-0400
Facsimile: (925) 691-9785

Attorneys for Defendants, Elco Administrative Services
Enterprise Rent-A-Car Company of San Francisco
[erroneously sued herein as Enterprise Rent-A-Car Company]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RODNEY LOVE ET AL, | Case No. C 08-00223 MEJ |
| Plaintiffs, | |
| v. | **DEFENDANTS' JOINT CASE MANAGEMENT CONFERENCE STATEMENT** |
| ELCO ADMINISTRATIVE SERVICES ET AL, | Date: April 24, 2008 |
| Defendants. | Time: 10 a.m. |
| | Courtroom: B, 15th Floor |
| | Hon. Maria-Elena James |

Defendant United States of America and defendants Elco Administrative Services and Enterprise Rent-A-Car Company of San Francisco, by and through their undersigned counsel, hereby submit the following Joint Case Management Conference Statement pursuant to Civil Local Rule 16-9. At the

outset, Defendants note that their counsel have not been able to contact Plaintiffs and have had no contact with Plaintiffs, a communication problem that the undersigned understand the Court has also experienced with regard to Plaintiffs.

1. <u>Jurisdiction and Service</u>:   This is an action that was removed by the United States to this Court and this Court has subject matter jurisdiction pursuant to 28 U.S.C. §1442(a).  Defendants agree that personal jurisdiction, venue, and service are not at issue.

2. <u>Facts</u>:  This action arises out of an automobile accident that Plaintiffs allege to have taken place on or about August 15, 2007 between Plaintiffs and Claudia Noble-Levingston.  Defendant United States of America submits that it, rather than Ms. Levingston, is a proper defendant for the reasons articulated in Defendant United States of America's pending motion to dismiss.

3. <u>Legal Issues</u>:

a. Whether Plaintiffs' action should be dismissed for failure to prosecute?

b. Whether the United States of America should be substituted for Claudia Noble-Levingston, an employee of the Social Security Administration, pursuant to 28 U.S.C. § 2679(d) in light of the filing of a Certification Pursuant to 28 U.S.C. § 2679(d) that was filed with this Court on January 14, 2008.

c. Whether plaintiffs' action should be dismissed with prejudice as to the United States of America pursuant to 28 U.S.C. § 2675 given plaintiffs' failure to exhaust administrative remedies as required by the Federal Tort Claims Act.

d. Whether plaintiffs can state a claim against defendants ELCO Administrative Services Co. and/or Enterprise Rent-A-Car Company of San Francisco given that plaintiffs initiated this action with a vague form complaint in the small claims division of the Superior Court of Contra Costa County?  That complaint appears to allege only that defendants gave Ms. Noble-Levingston permission to operate a vehicle at the time of the accident, and thus plaintiff can only prevail by asserting the secondary, vicarious liability provided in California Vehicle Code § 17150.  That liability is imposed only against vehicle owners, and Elco is a third party adjusting company which does not own any rental vehicle. Vehicle owner Enterprise-San Francisco is in the business of renting cars, and its liability is barred by

49 U.S.C. § 30106 (a)(1)-(2).

4. <u>Motions</u>: The United States of America filed a motion to dismiss on January 18, 2008; the motion has not been opposed by Plaintiffs and the Court has not ruled on the motion. Defendants anticipate filing motions for summary judgment should the case not be dismissed prior to the time set for dispositive motions.

5. <u>Amendment of Pleadings</u>: Defendants do not seek leave to amend their pleadings.

6. <u>Evidence Preservation</u>: Defendants have taken affirmative steps to preserve documents and evidence related to this action.

7. <u>Disclosures</u>: Plaintiffs have apparently provided inaccurate contact information to the Court by way of telephone numbers, frustrating the attempts of Defendants to meet and confer so as to discuss any matters required in the Court's rules about Case Management Conference Statements. As the United States has moved for dismissal on jurisdictional grounds, and as Elco and Enterprise-San Francisco appear to have no liability based on the allegations to date, Defendants request that the Court relieve them of the obligation to provide initial disclosures until at least 30 days after the Case Management Conference if Plaintiffs appear at the Conference. If Plaintiffs do not appear at the Conference, Defendants ask to be relieved from any obligation to provide initial disclosures until such time as the Court determines that such disclosures would be appropriate. Under these circumstances, all Defendants have respectfully objected to the initial disclosure.

8. <u>Discovery</u>: Defendants have not been able to meet and confer with Plaintiffs about discovery.

9. <u>Class Actions</u>: Not applicable.

10. <u>Related Cases</u>: None.

11. <u>Relief</u>: Defendants seek dismissal of this action and the assessment of costs.

12. <u>Settlement and ADR</u>: Defendants have filed their ADR certifications, but have not been able to meet and confer with Plaintiffs about ADR.

13. <u>Consent to Magistrate Judge for All Purposes</u>: Defendants have consented to have this matter heard by the Honorable Maria-Elena James for all purposes. Defendants understand that Plaintiffs have neither consented -- nor refused to consent – to have this matter heard by this Court.

14. <u>Other References</u>: Defendants do not request any reference.

15. <u>Narrowing of Issues</u>: None other than as set forth above.

16. <u>Expedited Schedule</u>: Defendants see no need for an expedited schedule.

17. <u>Scheduling</u>: Defendants have not been able to meet and confer with Plaintiffs about the schedule for this matter. Defendants submit that this Court should not set a schedule for this matter until it is determined whether or not Plaintiffs will prosecute this case and whether or not Plaintiffs will consent to have this Court, as opposed to a District Judge, proceed with the disposition of this matter.

18. <u>Trial</u>: Defendants have not been able to meet and confer with Plaintiffs about the timing or length of any trial in this matter.

19. <u>Disclosure of Non-party Interested Entities or Persons</u>: Defendants Elco Administrative Services and Enterprise Rent-A-Car Company of San Francisco note that they were not present at the scene of the accident and were not operating any motor vehicle. Should the matter proceed beyond dispositive motions, Claudia Noble-Levingston and any witnesses to the accident beyond Plaintiffs may be interested as witnesses only. Beyond that, Defendants are not aware of any non-parties interested in this action. As to the United States, Civil L.R. 3-16 does not apply by the terms of that rule.

Dated: April 16, 2008

Respectfully submitted,
JOSEPH P. RUSSONIELLO
United States Attorney

By:      /s/
Michael T. Pyle
Assistant U.S. Attorney
Attorney for Defendant United States of America

SNYDER, CORNELIUS & HUNTER

By:      /s/
Robert B. Hunter, II
Attorney for Defendants Elco Administrative Services &
Enterprise Rent-A-Car Company of San Francisco