1  JOSEPH P. RUSSONIELLO(CA SBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CA SBN 88143)
   Chief, Civil Division
3  MICHAEL T. PYLE (CA SBN 172954)
   Assistant United States Attorney
4
       450 Golden Gate Avenue
5      9th Floor, Box 36055
       San Francisco, California 94102-3495
6      Telephone: 415-436-7322
       Facsimile: 415-436-6748
7      michael.t.pyle@usdoj.gov

8  Attorneys for Defendant United States of America

9                    **UNITED STATES DISTRICT COURT**

10                   **NORTHERN DISTRICT OF CALIFORNIA**

11                       **SAN FRANCISCO DIVISION**

12 | RODNEY LOVE ET AL, | ) | **Case No. C 08-00223 MEJ** |
   |---|---|---|
13 | Plaintiffs, | ) | |
   | | ) | **PROOF OF SERVICE** |
14 | v. | ) | |
   | | ) | |
15 | ELCO ADMINISTRATIVE SERVICES ET AL, | ) | |
16 | | ) | |
   | Defendants. | ) | |
17 | _____ | ) | |

18      The undersigned hereby certifies that she is an employee of the Office of the United States Attorney

19 for the Northern District of California and is a person of such age and discretion to be competent to

20 serve papers.  The undersigned further certifies that on **April 16, 2008** she caused a copy of:

21 **DEFENDANTS' JOINT CASE MANAGEMENT CONFERENCE STATEMENT** to be served by

22 mail upon the person(s) at the place and address(es) stated below, which is the last known address:

23 Rodney Love
   2193 48th Avenue
24 Oakland, CA 94601
   PRO SE
25
   Rosie Lee Venson
26 2193 48th Avenue
   Oakland, CA 94601
27 PRO SE

28 //

No. C 08-00223 MEJ -

1  I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

|   |   |
|---|---|
| | Respectfully submitted,<br>JOSEPH P. RUSSONIELLO<br>United States Attorney |
| Dated: April 16, 2008    By: | /s/<br>_____<br>STEFANIA M. CHIN<br>Legal Assistant |

No. C 08-00223 MEJ -                    2