IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY LOVE, and ROSIE LEE VINSON, | No. C 08-0223 MEJ |
| Plaintiffs, | **ORDER VACATING CASE MANAGEMENT CONFERENCE;** |
| vs. | **ORDER TO SHOW CAUSE** |
| ELCO ADMINISTRATIVE SERVICES/ENTERPRISE RENT A CAR, and CLAUDIA NOBLE-LEVINGSTON | |
| Defendants. | |
| _____ / | |

On October 26, 2007, as the result of an automobile accident which occurred on or about August 15, 2007 in Oakland, California, Plaintiff's filed a small claims action against Elco Administrative Services/Enterprise Rent A Car, and Claudia Noble-Levingston in the Alameda County Superior Court. On January 14, 2008, this action was removed to this Court. The Court notes that to date, Plaintiffs have not consented to Magistrate Jurisdiction. Several attempts to contact Plaintiffs via both mail and telephone, have been unsuccessful.

The Court scheduled a case management conference in this matter for April 24, 2007, with the parties' joint case management conference statement due by April 17, 2008. Defendants have also been unable to contact Plaintiffs and therefore filed a separate case management statement. (Defendant's Joint Case Management Statement).

Therefore this Court hereby VACATES the Case Management Conference originally scheduled for April 24, 2008. The Court ORDERS the Plaintiffs to show cause why this action

should not be dismissed in its entirety. Plaintiff shall file, by May 5, 2008, a declaration explaining why this action should not be dismissed. The Court shall conduct a hearing on May 15, 2008 at 10:00 a.m., in Courtroom B., 450 Golden Gate Avenue, San Francisco, California.

.

**IT IS SO ORDERED.**

Dated: April 23, 2008



_____
MARIA-ELENA JAMES
United States Magistrate Judge

2