<u>CIVIL MINUTES</u>

Magistrate Judge **MARIA-ELENA JAMES**

Date: May 15, 2008

Case No: **C 08-00223 MEJ**

Case Name: **LOVE v. ELCO ADMINISTRATIVE SERVICES**

    Plaintiff Attorneys:   **No one present**
    Defendant Attorneys:   **Michael Pyle for USA; Robert Hunter for Elco**

    Deputy Clerk: **Frank Justiliano**
    Court Reporter: **FTR**                    Tape No. **10:15 - 10:16:40 a.m.**

**PROCEEDINGS:**                                  **RULING:**

1. Order To Show Cause                      Held

2.

**ORDERED AFTER HEARING:**
**The record will reflect the time of 10:15 a.m. and Plaintiffs are not present. Since there is no consent in this case, the Court will reassign the case with a written recommendation that the case be dismissed.**

**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [X] Court

cc: Chambers File,