IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY LOVE, et al., | No. C 08-0223 MEJ |
| Plaintiff(s), | **ORDER FOR CLERK OF COURT TO REASSIGN CASE** |
| vs. | **REPORT & RECOMMENDATION** |
| ELCO ADMINISTRATIVE SERVICES, et al., | |
| Defendant(s). | |

On January 14, 2008, Defendant Claudia Noble-Livingston removed the above captioned-matter to this Court, and then filed a Motion to Dismiss on January 18, 2008. (Dkt. #6.) Since removal of the case, Plaintiffs Rodney Love and Rosie Lee Venson have made no appearances before this Court. On April 23, 2008, the Court issued an Order to Show Cause as to why the case should not be dismissed for failure to prosecute. (Dkt. #20.) Plaintiffs failed to respond to the April 23 Order, and they failed to appear at the May 15, 2008 Order to Show Cause hearing. Accordingly, pursuant to Civil Local Rule 41(b), the Court finds it appropriate to dismiss this action for failure to prosecute. However, as the undersigned magistrate judge has been unable to obtain Plaintiffs' consent to proceed before a magistrate judge, the Court ORDERS that this matter be reassigned to a United States District Judge and RECOMMENDS that the newly-assigned judge dismiss this matter for failure to prosecute.

**IT IS SO ORDERED AND RECOMMENDED.**

Dated: October 30, 2008

MARIA-ELENA JAMES
United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

RODNEY LOVE et al,

        Plaintiff,

v.

ELCO ADMINISTRATIVE SERVICES et al,

        Defendant.

Case Number: CV08-00223 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 30, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Rodney Love
Rosie Lee Venson
2193 48th Avenue
Oakland, CA 94601

Dated: October 30, 2008

        Richard W. Wieking, Clerk
        By: Brenda Tolbert, Deputy Clerk