IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY LOVE *et al*, | No. C 08-00223 SI |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| ELCO ADMINISTRATIVE SERVICES, *et al*, | |
| Defendants. | |

Plaintiffs' action is dismissed without prejudice, for failure to prosecute and for failure to exhaust administrative remedies. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: February 2, 2009

SUSAN ILLSTON
United States District Judge